| | |
|---|---|
| 1 | Amanda C. Sommerfeld (SBN: 185052) |
| | asommerf@winston.com |
| 2 | Jennifer Rappoport (SBN: 210879) |
| | jrappoport@winston.com |
| 3 | WINSTON & STRAWN LLP |
| | 333 South Grand Avenue |
| 4 | Los Angeles, CA 90071-1543 |
| | Telephone:   213-615-1700 |
| 5 | Facsimile:   213-615-1750 |
| 6 | Nicole M. Friedenberg (SBN: 226884) |
| | nfriedenberg@winston.com |
| 7 | WINSTON & STRAWN LLP |
| | 101 California Street |
| 8 | San Francisco, CA 94111-5894 |
| | Telephone:   415-591-1000 |
| 9 | Facsimile:   415-591-1400 |
| 10 | Attorneys for Defendants, |
| | SERVICEMASTER GLOBAL HOLDINGS, INC., |
| 11 | THE SERVICEMASTER COMPANY, INC., |
| | THE TERMINEX INTERNATIONAL COMPANY, L.P., and |
| 12 | TERMINIX INTERNATIONAL, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUBEN PABLO, On Behalf Of Himself And All Others Similarly Situated, | Case No. CV 08 3894 |
| Plaintiff, | DEFENDANTS' CERTIFICATION AS TO INTERESTED ENTITIES OR PERSONS |
| v. | |
| SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINEX INTERNATIONAL COMPANY, L.P., and TERMINIX INTERNATIONAL, INC., and DOES 1-20, inclusive, | [LOCAL RULE 3-16] |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- ServiceMaster Consumer Services Limited Partnership

Dated: August 14, 2008

WINSTON & STRAWN LLP

By: *Nicole Friedenberg*
Nicole M. Friedenberg
Attorneys For Defendants,
SERVICEMASTER GLOBAL HOLDINGS, INC., THE SERVICEMASTER COMPANY, INC., THE TERMINEX INTERNATIONAL COMPANY, L.P., AND TERMINIX INTERNATIONAL, INC.

LA:220595.1