1  Amanda C. Sommerfeld (SBN: 185052)
   asommerfeld@winston.com
2  Jennifer Rappoport (SBN: 210879)
   jrappoport@winston.com
3  WINSTON & STRAWN LLP
   333 South Grand Avenue
4  Los Angeles, CA 90071-1543
   Telephone:   213-615-1700
5  Facsimile:   213-615-1750

6  Nicole M. Friedenberg (SBN: 226884)
   nfriedenberg@winston.com
7  WINSTON & STRAWN LLP
   101 California Street
8  San Francisco, CA 94111-5894
   Telephone:   415-591-1000
9  Facsimile:   415-591-1400

10 Attorneys for Defendants,
   SERVICEMASTER GLOBAL HOLDINGS, INC.,
11 THE SERVICEMASTER COMPANY, INC.,
   THE TERMINIX INTERNATIONAL COMPANY, L.P., and
12 TERMINIX INTERNATIONAL, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RUBEN PABLO, On Behalf Of Himself And All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P., and TERMINIX INTERNATIONAL, INC., and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. 08-03894-CIV (SI)<br><br>**CERTIFICATE OF SERVICE** |

WINSTON & STRAWN LLP

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 101 California, 39th Floor, San Francisco, California. On August 15, 2008, I served the following documents:

**CERTIFICATE OF SERVICE OF REMOVAL DOCUMENTS FILED WITH SUPERIOR COURT AND RELATED DOCUMENTS**

**(X)** By mail, by placing said document(s) in an envelope addressed as indicated below. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on the date stated below to the addressee stated below, following the firm's ordinary business practices.

**( )** By facsimile transmission to the individual and facsimile number set forth below. I caused the document(s) to be transmitted by facsimile machine to the addresses listed below at the facsimile number listed below. I am readily familiar with my firm's practice for transmissions by facsimile. Said transmissions are sent as soon as possible and are repeated, if necessary, until they are reported as complete and without error. In sending the above-described document by facsimile, I followed the firm's ordinary business practices

**( )** By overnight delivery by enclosing a true and correct copy of said document(s) in a Federal Express envelope(s) addressed as set forth below. The envelope(s) was (were) sealed and deposited with Federal Express that same day in the ordinary course of business at San Francisco, California.

Nancy Hersh, Esq.
Mark E. Burton, Jr., Esq.
Hersh & Hersh, P.C.
601 Van Ness Avenue
2080 Opera Plaza
San Francisco, CA 94102

Lauren Hallinan, Esq.
Hallinan & Wine
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102

Lori E. Andrus, Esq.
Micha S. Liberty, Esq.
Jennie L. Anderson, Esq.
Andrus Liberty & Anderson LLP
1438 Market Street
San Francisco, CA 94102

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on August 15, 2008.

Angela C. Johnson

SF:213519.1