NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
(415) 441-5544

LAUREN HALLINAN, ESQ., State Bar No. 60646
HALLINAN & WINE
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
(415) 621-2400

LORI E. ANDRUS, ESQ., State Bar No. 205816
MICHA STAR LIBERTY, ESQ., State Bar No. 215687
JENNIE LEE ANDERSON, ESQ., State Bar No. 203586
ANDRUS LIBERTY & ANDERSON LLP
1438 Market Street
San Francisco, CA 94102
(415) 896-1100

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN PABLO, on Behalf of Himself and All Other Similarly Situated, | CASE NUMBER C 08-03894 SI |
| Plaintiff, | **CLASS ACTION** |
| vs. | **DEMAND FOR JURY TRIAL** |
| SERVICEMASTER GLOBAL HOLDINGS, INC., et al., | |
| Defendants. | |

Plaintiff hereby demands, on behalf of himself and the Class, a jury trial on all

- 1 -
DEMAND FOR JURY TRIAL

causes of action and claims to which a right to jury trial exists.

DATED: August 15, 2008.

>HERSH & HERSH
>A Professional Corporation
>
>By *[signature]*
>MARK E. BURTON, JR.
>Attorneys for Plaintiffs

## PROOF OF SERVICE

I, PORTLAND GRANT, declare: I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within cause; my business address is 601 Van Ness Avenue, Suite 2080, San Francisco, California 94102-6396. On August 18, 2008, I served the attached

## DEMAND FOR JURY TRIAL

in said action by placing a true copy thereof, enclosed in a sealed envelope, each envelope addressed as follows:

| Co-Counsel for Plaintiffs: | Attorneys for Δs SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P.; and TERMINIX INTERNATIONAL, INC.: |
|---|---|
| Lauren Hallinan, Esq.<br>Hallinan & Wine<br>Law Chambers Building<br>345 Franklin Street<br>San Francisco, CA 94102<br>(415) 621-2400<br><br>Lori E. Andrus, Esq.<br>Micha Star Liberty, Esq.<br>Jennie Lee Anderson, Esq.<br>Andrus Liberty & Anderson LLP<br>1438 Market Street<br>San Francisco, CA 94102<br>(415) 896-1100 | Nicole M. Friedenberg, Esq.<br>Winston & Strawn LLP<br>101 California Street, Suite 300<br>San Francisco, CA 94111<br>(415) 591-1513<br><br>Amanda C. Summerfield, Esq.<br>Jennifer Rappoport, Esq.<br>Emilie C. Woodhead, Esq.<br>Winston & Strawn LLP<br>333 S. Grand Avenue, 38th Floor<br>Los Angeles, CA 90071<br>(213) 615-1700 |

**X** **(BY MAIL)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

___ **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the offices of each addressee above.

___ **(BY FAX)** I transmitted via facsimile the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m.

I declare under penalty of perjury that the above is true and correct. Executed August 18, 2008, at San Francisco, California.

*/s/ Portland Grant*
PORTLAND GRANT

HERSHANDHERSH, A Professional Corporation