1  Joan Tucker Fife (SBN: 144572)
   jfife@winston.com
2  Nicole M. Friedenberg (SBN: 226884)
   nfriedenberg@winston.com
3  WINSTON & STRAWN LLP
   101 California Street
4  San Francisco, CA 94111-5894
   Telephone:   415-591-1000
5  Facsimile:   415-591-1400

6  Attorneys for Defendants,
   SERVICEMASTER GLOBAL HOLDINGS, INC.,
7  THE SERVICEMASTER COMPANY, INC.,
   THE TERMINIX INTERNATIONAL COMPANY, L.P., and
8  TERMINIX INTERNATIONAL, INC.

9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RUBEN PABLO, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P., and TERMINIX INTERNATIONAL, INC., and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:08-cv-03894-SI<br><br>**DEFENDANTS' DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL LOCAL RULE 3-16**<br><br>JUDGE SUSAN ILLSTON |

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1) The Terminix International, Inc. is the 1% general partner of The Terminix International Company, L.P. The Terminix International, Inc. is wholly owned (100%) by ServiceMaster Holding Corporation, which is, in turn, wholly owned (100%) by the ServiceMaster Company, which is, in turn, wholly owned (100%) by ServiceMaster Global Holdings, Inc.

2) ServiceMaster Consumer Services, Limited Partnership is a 99% limited partner of The Terminix International Company Limited Partnership. ServiceMaster Consumer Services, Limited Partnership is 99.18% owned by The ServiceMaster Corporation as a general partner and .82% by ServiceMaster Consumer Services, Inc.

Dated: August 21, 2008

WINSTON & STRAWN LLP

By: _____/s/_____
Joan B. Tucker Fife
Attorneys For Defendants,
SERVICEMASTER GLOBAL HOLDINGS, INC., THE SERVICEMASTER COMPANY, INC.,
THE TERMINIX INTERNATIONAL COMPANY, L.P., AND TERMINIX INTERNATIONAL, INC.

## PROOF OF SERVICE

I, Cindy Paulus, hereby declare: I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Winston & Strawn LLP and my business address is 101 California, 39th Floor, San Francisco, California 94111. On the date stated below, I caused to have served a true copy of:

**DEFENDANT'S DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL LOACAL RULE 3-16;**

and

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**

☒ by first class mail. I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is collected and processed and is deposited with the United States Postal Service on the same day in the ordinary course of business. The document(s) was (were) placed for deposit in the United States Postal Service in a sealed envelope(s), with postage fully prepaid, addressed as set forth below.

☐ by facsimile transmission to the parties and facsimile number(s) set forth below.

☐ by overnight delivery by enclosing a true and correct copy of said document(s) in envelope(s) addressed as set forth below. The envelope(s) was (were) sealed and deposited with an overnight delivery service that same day in the ordinary course of business at San Francisco, California.

☐ by hand delivery via courier to the parties listed below on the same day in the ordinary course of business.

**Nancy Hersh**
**Mark E. Burton , Jr.**
Hersh & Hersh
A Professional Corporation
2080 Opera Plaza
601 Van Ness Avenue
San Francisco, CA 94102-6388
(415) 441-5544

**Lori E. Andrus, Esq.**
**Micha Star Liberty, Esq.**
**Jennie Lee Anderson, Esq.**
Andrus Liberty & Anderson LLP
1438 Market Street
San Francisco, CA 94102
(415) 896-1100

**Lauren Hallinan, Esq.**
Hallinan & Wine
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
(415) 621-2400

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1

PROOF OF SERVICE   3:08-CV-03894-SI

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on August 21, 2008.

Cindy Paulus