NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
(415) 441-5544

LAUREN HALLINAN, ESQ., State Bar No. 60646
HALLINAN & WINE
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
(415) 621-2400

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN PABLO, on Behalf of Himself and All Other Similarly Situated, | CASE NUMBER C 08-03894 SI |
| Plaintiff, | **NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD** |
| vs. | |
| SERVICEMASTER GLOBAL HOLDINGS, INC., et al., | |
| Defendants. | |

TO DEFENDANTS AND COUNSEL OF RECORD:

The law firm of Andrus Liberty & Anderson LLP hereby withdraws as attorney of record for plaintiff RUBEN PABLO, on Behalf of Himself and All Other Similarly Situated. The law firm of Andrus Liberty & Anderson LLP was retained by the

- 1 -
NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD

law firms of Hersh & Hersh and Hallinan & Wine because of their expertise in wrongful termination/employment rights cases, and has completed the services required. Plaintiffs will continue to be represented by the law firms of Hersh & Hersh and Hallinan & Wine.

Dated: 11/13/08

ANDRUS LIBERTY & ANDERSON LLP

By: [signature]

Dated: 11/14/08

HALLINAN & WINE

By: [signature]

Dated: 11/11/08

HERSH & HERSH
a Professional Corporation

By: [signature]

IT IS SO ORDERED.

Dated: _____

[signature]

HON. SUSAN ILLSON

- 2 -
NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD