IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN PABLO, on behalf of a putative class, | No. C 08-03894 SI |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| SERVICEMASTER GLOBAL HOLDINGS, INC., et al., | |
| Defendants.                                    / | |

    Plaintiff has filed a request for all deadlines in the pretrial scheduling order to be extended by 30 days. Plaintiff's request is GRANTED only to the extent that all deadlines pertaining to plaintiff's motion for class certification are extended. Briefing deadlines and the hearing date for the pending motion to amend the complaint are not affected by this order.

    The new schedule for the motion for class certification is as follows:

| | |
|---|---|
| Motion to be filed: | July 10, 2009 |
| Opposition to be filed: | July 24, 2009 |
| Reply to be filed: | July 31, 2009 |
| Hearing: | August 14, 2009 at 9:00. |

Case management conference: August 14, 2009 at 3:00.

**IT IS SO ORDERED.**

Dated: June 11, 2009

SUSAN ILLSTON
United States District Judge