Joan Tucker Fife (SBN: 144572)
jfife@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400

Amanda C. Sommerfeld (SBN: 185052)
asommerf@winston.com
Monique Ngo-Bonnici (SBN: 241315)
mbonnici@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Attorneys for Defendants,
SERVICEMASTER GLOBAL HOLDINGS, INC.,
THE SERVICEMASTER COMPANY, INC.,
THE TERMINIX INTERNATIONAL COMPANY, L.P., and
TERMINIX INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RUBEN PABLO, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P., and TERMINIX INTERNATIONAL, INC., and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:08-cv-03894-SI<br><br>**The Honorable Susan Illston**<br><br>**STIPULATION TO EXCEED PAGE LIMITS FOR DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION AND PLAINTIFFS' REPLY IN SUPPORT OF CLASS CERTIFICATION** |

The parties, Ruben Pablo and Bonnie Coursey (collectively "Plaintiff") and ServiceMaster Global Holdings, Inc., The ServiceMaster Company, Inc., The Terminix International Company, L.P., and Terminix International, Inc. (collectively "Defendants"), by and through their counsel of record, hereby stipulate as follows:

1. Defendants shall have a five page extension on their Opposition to Plaintiffs' Motion for Class Certification, giving Defendants a total page limit of 30 pages.

2. Plaintiffs shall have a five page extension on their Reply in support of their Motion for Class Certification, giving Plaintiffs a total page limit of 20 pages.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 24, 2009                WINSTON & STRAWN, LLP

                                    /s/Monique Bonnici
                                    Monique Ngo-Bonnici, Esq.
                                    333 S. Grand Avenue, 38th Floor
                                    Los Angeles, CA 90071
                                    (213) 615-1700

                                    *Attorneys for Defendants*

                                    HERSH & HERSH, A PROFESSIONAL CORP.
                                    HALLINAN & WINE
                                    ANDRUS, LIBERTY & ANDERSON, LLP

                                    Nancy Hersh
                                    Nancy Hersh, CA Bar No. 49091
                                    601 Van Ness Ave., 2080 Opera Plaza
                                    San Francisco, CA 94102-6388
                                    (415) 441-5544
                                    Nhersh@hershlaw.com

                                    /s/Lauren Hallinan
                                    Lauren Hallinan, CA Bar No. 60646
                                    Law Chambers Building
                                    345 Franklin St.
                                    San Francisco, CA 94102
                                    (415) 621-2400
                                    lhallinan@yahoo.com

                                    *Attorneys for Plaintiff*

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    DATED: _____      _____
                                         The Honorable Susan Illston
4                                            United States District/Magistrate Judge

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA 94111**