NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
(415) 441-5544

LAUREN HALLINAN, ESQ., State Bar No. 60646
Of Counsel
HALLINAN & WINE
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RUBEN PABLO, On Behalf Of Himself And All Others Similarly Situated, | CASE No. 3:08-cv-03894-SI |
| Plaintiff, | **MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| vs. | [Civil L.R. 3-12 and 7-11] |
| SERVICEMASTER GLOBAL HOLDINGS, INC.,; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P., AND TERMINIX INTERNATIONAL, INC., AND DOES 1-20, inclusive, | |
| Defendants. | |

COMES NOW Plaintiff RUBEN PABLO, by and through counsel, pursuant to Civil L.R. 3-12 and 7-11, hereby seeks administrative relief to have this Court consider whether cases should be related.

///

- 1 -
MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED

Plaintiff RUBEN PABLO, pursuant to Local Rule 3-12(b), is of the belief that the following cases, which were all filed on October 30, 2009, in the United States District Court for the Northern District of California, are related pursuant to Local Rule 3-12(b), to the *Pablo* case:

> *Arturo Vasquez, Giovane Jesus Sanchez v. Servicemaster Global Holdings, Inc., et al.*, Case No. 3:09-cv-05148-MHP, Honorable Marilyn H. Patel;
>
> *Timothy Mark Westcott, Ronald Wayland Holt v. Servicemaster Global Holdings, Inc., et al.*, Case No. 3:09-cv-05150-CRB, Honorable Charles R. Breyer;
>
> *Nicholas N. Nakano, Valerie Gearhart Peckham v. Servicemaster Global Holdings, Inc., et al.*, Case No. 3:09-cv-05152-MMC, Honorable Maxine M. Chesney;
>
> *Trisha R. Kanaday, Gilbert A. Olmos v. Servicemaster Global Holdings, Inc., et al.*, Case No. 3:09-cv-05153-JSW, Honorable Jeffrey S. White;
>
> *Frank Ribeiro, Stanley Mohamed Bapu v. Servicemaster Global Holdings, Inc., et al.*, Case No. 09-cv-05154-SC, Honorable Samuel Conti.

On August 4, 2008, Defendants removed *Pablo v. Servicemaster Global Holdings, Inc., et al.*, from the Marin County Superior Court to the United States District Court for the Northern District of California, and it was assigned to Judge Susan Illston.

On August 31, 2009, Hersh & Hersh filed the case of *Richardson v. Servicemaster Global Holdings, Inc., et al.*, Case No. CV-09-4044 in this Court, and it was assigned to Magistrate Judge Edward Chen. On September 8, 2009, Plaintiff Richardson filed a Notice of Related Cases, and on October 6, 2009, Judge Illston signed an order relating the *Richardson* case to the *Pablo* case.

Similarly, the above complaints also concern wage and hour violations against Terminix regarding termite inspectors.

///

///

Based on the foregoing, the undersigned respectfully submit that the assignment of these actions to a single district court judge will conserve judicial resources and promote an efficient determination of the actions.

Dated: November 4, 2009				HERSH & HERSH
						A Professional Corporation

						By_____
						Mark E. Burton, Jr.
						Attorneys for Plaintiff

## PROOF OF SERVICE

I, Portland Grant, declare: I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within cause; my business address is 601 Van Ness Avenue, Suite 2080, San Francisco, California 94102-6396. On November 4, 2009, I served the attached *MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED; DECLARATION OF MARK E. BURTON, JR., IN SUPPORT OF PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED; [PROPOSED] ORDER* in said action by placing a true copy thereof, enclosed in a sealed envelope, each envelope addressed as follows:

| Co-Counsel for Plaintiffs:<br><br>Lauren Hallinan, Esq.<br>Hallinan & Wine<br>Law Chambers Building<br>345 Franklin Street<br>San Francisco, CA 94102<br>(415) 621-2400 | Attorneys for Δs SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P.; and TERMINIX INTERNATIONAL, INC.:<br><br>Joan Tucker Fife, Esq.<br>Nicole M. Friedenberg, Esq.<br>Winston & Strawn LLP<br>101 California Street, Suite 300<br>San Francisco, CA 94111<br>(415) 591-1513<br><br>Amanda C. Sommerfeld, Esq.<br>Jennifer Rappoport, Esq.<br>Emilie C. Woodhead, Esq.<br>Winston & Strawn LLP<br>333 S. Grand Avenue, 38th Floor<br>Los Angeles, CA 90071<br>(213) 615-1700 |
|---|---|

__X__   **(BY MAIL)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

___   **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the offices of each addressee above.

___   **(BY FAX)** I transmitted via facsimile the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m.

I declare under penalty of perjury that the above is true and correct. Executed November 4, 2009, at San Francisco, California.

*/s/ Portland Grant*
Portland Grant