NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
HERSH & HERSH, A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
Telephone: (415) 441-5544

LAUREN HALLINAN, ESQ., State Bar No. 60646
Of Counsel
HALLINAN & WINE
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| RUBEN PABLO, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SERVICEMASTER GLOBAL HOLDINGS, INC.,; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P., AND TERMINIX INTERNATIONAL, INC., AND DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.: 3:08-cv-03894-SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**[Civil L.R. 3-12 and 7-11]** |

The Court, having considered the papers on file herein and evidence presented and

GOOD CAUSE APPEARING THEREFOR

////

////

////



HERSHANDHERSH
A Professional Corporation

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Administrative Relief To Consider Whether Cases Should Be Related is GRANTED.

IT IS SO ORDERED.

DATED:________________________

Susan Illston

HONORABLE SUSAN ILLSTON

- 2 -

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED

HERSHANDHERSH
A Professional Corporation