NANCY HERSH, ESQ., State Bar No. 49091
AMY ESKIN, ESQ., State Bar No. 127668
MARK E. BURTON, JR., ESQ., State Bar No. 178400
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
(415) 441-5544


LAUREN HALLINAN, ESQ., State Bar No. 60646
Of Counsel
HALLINAN & WINE
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUBEN PABLO, On Behalf Of Himself And All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P., AND TERMINIX INTERNATIONAL, INC., AND DOES 1-20, inclusive, <br><br> Defendants. | CASE No. 3:08-cv-03894-SI <br><br> **JOINT STIPULATION AND ORDER OF PLAINTIFFS AND DEFENDANTS TO A THIRTY (30) DAY EXTENSTION TO FILE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

- 1 -

JOINT STIPULATION FOR EXTENSION TO FILE MOTION FOR CLASS
CERTIFICATION
3:08-cv-03894SI

Plaintiff, RUBEN PABLO, on behalf of himself and all others similarly situated and Defendants, SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P.; and TERMINIX INTERNATIONAL, INC., hereby stipulate through counsel to the following:

1. The date for filing Plaintiff's Motion for Class Certification shall be continued from July 23, 2010 to August 23, 2010;

2. Defendants shall file their Opposition to Plaintiff's Motion for Class Certification by September 13, 2010;

3. Plaintiff shall file his Reply by September 27, 2010;

4. The hearing on Plaintiff's Motion shall be continued from September 10, 2010 to October 22, 2010.

The parties further agree that through this Stipulation, Plaintiff's *Ex Parte* Application to Amend Scheduling Order is moot and should be taken off calendar.

IT IS SO STIPULATED

Dated: July 21, 2010

HERSH & HERSH
A Professional Corporation

By_____
MARK BURTON
Attorney for Plaintiff

WINSTON & STRAWN LLP

Dated: July 21, 2010

By_____
JOAN B. TUCKER FIFE
Attorneys for Defendants
SERVICEMASTER GLOBAL
HOLDINGS, INC., THE
SERVICEMASTER COMPANY,
INC., THE TERMINIX
INTERNATIONAL COMPANY, L.P.,
AND TERMINIX
INTERNATIONAL, INC.

IT IS SO ORDERED

Dated: July___,2010

By_____
HONORABLE SUSAN ILLSTON

The motion and case management conference shall be continued to Friday, November 5, 2010, at 9:00 a.m. and 3:000 p.m., respectively

- 3 -
JOINT STIPULATION FOR EXTENSION TO FILE MOTION FOR CLASS
CERTIFICATION
3:08-cv-03894SI

# PROOF OF SERVICE

I, Tanya Chandler, declare:  I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within cause; my business address is 601 Van Ness Avenue, Suite 2080, San Francisco, California 94102-6396. On July 22, 2010, I served the attached
**JOINT STIPULATION AND ORDER OF PLAINTIFFS AND DEFENDANTS TO A THIRTY (30) DAY EXTENSTION TO FILE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**
in said action by placing a true copy thereof, enclosed in a sealed envelope, each envelope addressed as follows:

| Co-Counsel for Plaintiffs:<br><br>Lauren Hallinan, Esq.<br>Hallinan & Wine<br>Law Chambers Building<br>345 Franklin Street<br>San Francisco, CA 94102<br>(415) 621-2400 | Attorneys for Δs SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P.; and TERMINIX INTERNATIONAL, INC.:<br><br>Joan Tucker Fife, Esq.<br>Nicole M. Friedenberg, Esq.<br>Winston & Strawn LLP<br>101 California Street, Suite 300<br>San Francisco, CA 94111<br>(415) 591-1513<br><br>Amanda C. Sommerfeld, Esq.<br>Monique Ngo-Bonicci, Esq.<br>Winston & Strawn LLP<br>333 S. Grand Avenue, 38th Floor<br>Los Angeles, CA 90071<br>(213) 615-1700 |
|---|---|

**X**  **(BY EMAIL MAIL)**  I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

___  **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the offices of each addressee above.

___  **(BY FAX)** I transmitted via facsimile the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m.

I declare under penalty of perjury that the above is true and correct. Executed July 22, 2010, at San Francisco, California.

_____
TANYA CHANDLER

HERSHANDHERSH
A Professional Corporation