Counsel listed on following page.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RUBEN PABLO and BONNIE COURSEY, On Behalf Of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P., and TERMINIX INTERNATIONAL, INC., and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:08-cv-03894-SI<br><br>STIPULATION TO STAY DISCOVERY AND REQUEST TO VACATE DEADLINES FOR CLASS CERTIFICATION BRIEFING AND HEARING AND MOTION TO COMPEL BRIEFING; [PROPOSED] ORDER<br><br>HONORABLE SUSAN ILLSTON<br><br>RELATED CASES:<br>No. 09-5150<br>No. 09-5148<br>No. 09-5152<br>No. 09-5153<br>No. 09-5154<br>No. 09-4044 |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111

Joan Tucker Fife (SBN: 144572)
jfife@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Amanda C. Sommerfeld (SBN: 185052)
asommerf@winston.com
Monique Ngo-Bonnici (SBN: 241315)
mbonnici@winston.com
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

*Attorneys for Defendants,*
SERVICEMASTER GLOBAL HOLDINGS, INC.,
THE SERVICEMASTER COMPANY, INC.,
THE TERMINIX INTERNATIONAL COMPANY, L.P., and
TERMINIX INTERNATIONAL, INC.

Nancy Hersh (SBN: 49091)
nhersh@hershlaw.com
Mark Burton (SBN: 178400)
mburton@hershlaw.com
HERSH & HERSH, A Professional Corporation
601 Van Ness Avenue, 2080 Opera Plaza
San Francisco, CA 94102-6388
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

Lauren Hallinan (SBN: 60646)
lhallinan@yahoo.com
HALLINAN & WINE
Law Chambers Building
345 Franklin Street
San Francisco, California 94102
Telephone: (415) 621-2400

*Attorneys for Plaintiffs*

1     WHEREAS the parties have scheduled a mediation for September 30, 2010 in this matter and all related proceedings;

3     WHEREAS the Plaintiffs' Motion for Class Certification deadline was August 23, 2010, but by Stipulation filed on August 16, 2010 (Docket No. 75), the parties agreed and requested that this deadline be extended until August 30, 2010;

6     WHEREAS the Plaintiffs filed a letter brief on August 9, 2010 (Docket No. 73), asking the Court to compel production of certain documents; and,

8     WHEREAS the Defendants' deadline to respond to this letter brief was August 16, 2010, but by Stipulation filed on August 16, 2010 (Docket No. 75), the parties asked that this deadline be extended until August 23, 2010;

    Plaintiffs and Defendants, through their respective attorneys of record, HEREBY STIPULATE to stay discovery in these cases until October 1, 2010, and request the Court to vacate the existing briefing deadlines concerning Plaintiffs' Motion for Class Certification as well as Plaintiffs' letter brief seeking to compel certain documents. The parties further request that the Court vacate the November 5, 2010 hearing on class certification. If the mediation is unsuccessful, the parties will meet and confer for the purposes of proposing a new briefing schedule, and will thereafter ask the Court to enter the parties' proposed schedule.

Dated: August 19, 2010

WINSTON & STRAWN LLP

By _____
Joan B. Tucker Fife
Attorneys For Defendants,
SERVICEMASTER GLOBAL HOLDINGS, INC., THE SERVICEMASTER COMPANY, INC., THE TERMINIX INTERNATIONAL COMPANY, L.P., AND TERMINIX INTERNATIONAL, INC.

```
 1  Dated: August 16, 2010              HERSH & HERSH
 2                                      By: /s/ Nancy Hersh
 3                                          Nancy Hersh
                                            Attorneys for Plaintiffs
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111

**[PROPOSED] ORDER**

Having considered the parties' Stipulation, and for good cause shown, the current briefing schedule on Plaintiffs' Motion for Class Certification, including the hearing set for November 5, 2010, is hereby VACATED, the deadline for Defendants to respond to Plaintiffs' letter seeking to compel certain documents is hereby VACATED, and all discovery in the instant and related proceedings is STAYED until October 1, 2010. PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____   *[signature: Susan Illston]*
The Honorable Susan Illston
United States District/Magistrate Judge

A further case management conference has been scheduled to occur on October 5, 2010, at 3:00 p.m. with a statement due one week prior.