UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| TIMOTHY C HAYES, | No. C 10-03887 MEJ |
| Plaintiff(s), | **ORDER VACATING CMC** |
| v. | **ORDER OF REFERRAL** |
| SERVICEMASTER GLOBAL HOLDINGS INC, | |
| Defendant(s). | |

On November 19, 2010, the parties filed a stipulation to relate the above-captioned case to an earlier-filed case pending before the Honorable Susan Illston. (Dkt. #6.) Accordingly, the Court VACATES the December 9, 2010 Case Management Conference. Pursuant to Civil Local Rule 3-12(c), this matter is referred to Judge Illston for the purpose of considering whether it is related to the following case: *Ruben Pablo, et al. v. Servicemaster*, CV-08-3894 SI.

**IT IS SO ORDERED.**

Dated: December 3, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge