IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN PABLO, | No. C 08-03894 SI |
| Plaintiff, | **ORDER CLARIFYING PRODUCTION DEADLINE** |
| v. | |
| SERVICEMASTER GLOBAL, | |
| Defendant. | |

On December 3, 2010, the Court issued an order regarding discovery, granting in part and denying in part plaintiff's motion to compel. *See* Doc. 97. The Court included two inconsistent deadlines for the production of all relevant non-privileged documents. The correct deadline is **December 17, 2010**.

**IT IS SO ORDERED.**

Dated: December 13, 2010

SUSAN ILLSTON
United States District Judge