1  Joan B. Tucker Fife (SBN: 144572)
   jfife@winston.com
2  Mari Overbeck (SBN: 261707)
   moverbeck@winston.com
3  WINSTON & STRAWN LLP
   101 California Street
4  San Francisco, CA 94111-5894
   Telephone:    415-591-1000
5  Facsimile:    415-591-1400

6  Amanda C. Sommerfeld (SBN: 185052)
   asommerf@winston.com
7  Monique Ngo-Bonnici (SBN: 241315)
   mbonnici@winston.com
8  WINSTON & STRAWN LLP
   333 South Grand Avenue, 38th Floor
9  Los Angeles, CA 90071-1543
   Telephone:    213-615-1700
10 Facsimile:    213-615-1750

11 Attorneys for Defendants

12            UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14                SAN FRANCISCO DIVISION

15
   RUBEN PABLO and BONNIE COURSEY, On      Case No. 08-3894-SI
16 Behalf Of Themselves And All Others Similarly
   Situated,                              The Honorable Susan Illston
17
              Plaintiffs,                DECLARATION OF JOAN B. TUCKER
18                                       FIFE IN SUPPORT OF ADMINISTRATIVE
                                         MOTION FOR LEAVE TO FILE
19       v.                              SUPPLEMENTAL BRIEFING
                                         REGARDING THE APPLICABILITY OF
20 SERVICEMASTER GLOBAL HOLDINGS,         *WAL-MART STORES V. DUKES* TO
   INC.; THE SERVICEMASTER COMPANY,       MATTERS UNDER SUBMISSION
21 INC.; THE TERMINIX INTERNATIONAL
   COMPANY, L.P., and TERMINIX           Related Cases:
22 INTERNATIONAL, INC., and DOES 1-20,    No. 09-4044
   inclusive,                             No. 09-5148
23                                        No. 09-5150
              Defendants.                 No. 09-5152
24                                        No. 09-5154
                                          No. 09-5153
25                                        No. 10-3887
                                          No. 10-628
26

27

28

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111

I, Joan B. Tucker Fife, declare as follows:

1.      I am an attorney at the law firm of Winston & Strawn LLP, counsel for ServiceMaster Global Holdings, Inc., The ServiceMaster Company, Inc., The Terminix International Company, L.P., and Terminix International, Inc. (collectively "Defendants").  I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently thereto.  I submit this Declaration in support of Defendants' Motion to Preclude Class Certification in light of Court Orders re Partial Summary Judgment and Arbitration, and Supreme Court Authority in *Wal-Mart Stores Inc., v. Dukes* and *AT&T Mobility, LLC v. Concepcion*.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the Declaration of Richard Morgan, filed on February 11, 2011 in support of Defendants' Opposition to Plaintiffs' Renewed Motion for Class Certification.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the Declaration of William Peterson, filed on February 11, 2011 in support of Defendants' Opposition to Plaintiffs' Renewed Motion for Class Certification.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of Mario Gonzalez, filed on July 24, 2009 in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.

5.      Attached hereto as **Exhibit D** is a true and correct copy of excerpts from Wayne Easley's deposition transcript taken on February 9,  2011.

6.      Attached hereto as **Exhibit E** is a true and correct copy of excerpts from Alberto Rios' deposition transcript taken on February 7,  2011.

7.      Attached hereto as **Exhibit F** is a true and correct copy of the Declaration of Alberto Rios, filed on July 24, 2009 in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.

8.      Attached hereto as **Exhibit G** is a true and correct copy of the Declaration of Dan Sisto, filed on July 24, 2009 in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.

9.      Attached hereto as **Exhibit H** is a true and correct copy of the Declaration of Helio

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111

3

Costa, filed on July 24, 2009 in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.

10.     Attached hereto as **Exhibit I** is a true and correct copy of excerpts from Helio Costa's deposition transcript taken on November 19, 2009.

11.     Attached hereto as **Exhibit J** is a true and correct copy of the Supplemental Declaration of Nicholas Annicchiarico, filed on February 18, 2011 in support of Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Renewed Motion for Class Certification.

12.     Attached hereto as **Exhibit K** is a true and correct copy of the Declaration of Moises Estrata, filed on February 11, 2011 in support of Defendants' Opposition to Plaintiffs' Renewed Motion for Class Certification.

13.     Attached hereto as **Exhibit L** is a true and correct copy of the Declaration of Jesus Saldana, filed on February 11, 2011 in support of Defendants' Opposition to Plaintiffs' Renewed Motion for Class Certification.

14.     Attached hereto as **Exhibit M** is a true and correct copy of the Declaration of James Capwell, filed on February 11, 2011 in support of Defendants' Opposition to Plaintiffs' Renewed Motion for Class Certification.

15.     Attached hereto as **Exhibit N** is a true and correct copy of the Declaration of Tony Beas, filed on February 11, 2011 in support of Defendants' Opposition to Plaintiffs' Renewed Motion for Class Certification.

16.     Attached hereto as **Exhibit O** is a true and correct copy of the Declaration of John Cook, filed on February 11, 2011 in support of Defendants' Opposition to Plaintiffs' Renewed Motion for Class Certification.

17.     Attached hereto as **Exhibit P** is a true and correct copy of the Declaration of Dennis Jimbo, filed on February 11, 2011 in support of Defendants' Opposition to Plaintiffs' Renewed Motion for Class Certification.

18.     Attached hereto as **Exhibit Q** is a true and correct copy of the Declaration of Nicholas Annicchiarico, filed on July 24, 2009 in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111

3

19.     Attached hereto as **Exhibit R** is a true and correct copy of the Declaration of George Cusing, filed on July 24, 2009 in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.

20.     Attached hereto as **Exhibit S** is a true and correct copy of excerpts from T.J. Bergren's deposition transcript taken on January 13, 2010.

21.     Attached hereto as **Exhibit T** is a true and correct copy of Declaration of Abraham Raja, filed on February 11, 2011 in support of Defendants' Opposition to Plaintiffs' Renewed Motion for Class Certification.

22.     Attached hereto as **Exhibit U** is a true and correct copy of excerpts from Brian Brandner's deposition transcript taken on December 9, 2009.

23.     Attached hereto as **Exhibit V** is a true and correct copy of the Declaration of David Janes, filed on February 11, 2011 in support of Defendants' Opposition to Plaintiffs' Renewed Motion for Class Certification.

24.     In addition to the 28 motions to compel arbitration of the related plaintiffs/putative class members that Defendants have already filed, Defendants have also demanded that 5 other spin-off plaintiffs/putative class members submit their claims to arbitration, and will be filing motions to compel arbitration on those plaintiffs shortly.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 22, 2011, at San Francisco, California.

/s/ Joan B. Tucker Fife
Joan B. Tucker Fife

DECLARATION OF JOAN B. TUCKER FIFE IN SUPPORT OF MOTION TO PRECLUDE
CLASS CERTIFICATION -- Case No. 08-3894-SI

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111