1

2

3

4                          IN THE UNITED STATES DISTRICT COURT

5                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   RUBEN PABLO, *et al.*,                          No. C 08-03894 SI

            Plaintiffs,                             And related cases:
8                                                   C 09-04044 SI
     v.                                             C 09-05148 SI
9                                                   C 09-05150 SI
   SERVICEMASTER GLOBAL HOLDINGS, INC.,             C 09-05152 SI
10  *et al.*,                                        C 09-05153 SI
                                                    C 09-05154 SI
11            Defendants.                            C 10-00628 SI
                                          /         C 10-03887 SI
12

13                                                 **ORDER RE: CASE MANAGEMENT**

14

15          The case management conferences in these nine related cases currently schedule for 3:00 p.m.

16   on Friday, July 1, 2011 are VACATED and RESET for **3:00 p.m. on Friday, August 12, 2011**, to

    coincide with the supplemental briefing schedule for plaintiffs' renewed motion for class certification
17
    in *Pablo v. Servicemaster*, Case No. C 08-3894 SI.
18
            The parties are ORDERED to file a joint statement by **5:00 p.m. on Thursday, July 7, 2011**,
19
    addressing the question of whether the Court should stay proceedings in cases in which all plaintiffs
20
    have been ordered to submit their claims to arbitration, pending resolution of the arbitration, or whether
21
    the Court should enter judgment at this time.
22

23
            **IT IS SO ORDERED.**
24

25
    Dated:  June 30, 2011
26
                                                   SUSAN ILLSTON
27                                                 United States District Judge

28

*United States District Court*
For the Northern District of California