UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN PABLO and BONNIE COURSEY, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P.; and TERMINIX INTERNATIONAL, INC., and DOES 1-20, inclusive,<br><br>  Defendants. | CASE NUMBER 3:08-cv-03894-SI<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT**<br><br>DATE:  May 13, 2011<br>TIME:  9:00 AM<br>CTRM:  10, 19TH FLOOR<br>JUDGE: HON. SUSAN ILLSTON |

## ORDER

| | |
|---|---|
| Final Approval Hearing re Partial Class Action Settlement: | August 26, 2011, at 9:00 a.m. |
| Final Approval Motion due: | August 12, 2011 |
| Application for Attorneys' Fees due: | July 8, 2011 |

DATED: 7/18/11

_____
THE HONORABLE SUSAN ILLSTON

- 1 -
ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT

- 2 -

Approved as to Form:

s/Joan B. Tucker Fife
Winston & Strawn LLP
Attorneys for Defendants