United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN PABLO, *et al.,* | No. C 08-03894 SI |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME AND SETTING BRIEFING SCHEDULE** |
| v. | |
| SERVICEMASTER GLOBAL HOLDINGS INC., *et al.* | |
| Defendants. | |

On Friday, September 2, 2011, plaintiffs filed a motion in limine to preclude the testimony of certain of defendants' experts, as well as a motion to shorten time for the hearing on the motion in limine. In accordance with Civil Local Rules 6-1 and 6-3, the Court hereby GRANTS plaintiffs' motion to shorten time (Doc. 249), VACATES the hearing currently set for September 9, and sets the following schedule:

• Defendants' response brief is due on Friday, September 9, 2011;

• Plaintiffs' reply brief is due on Tuesday, September 13, 2011;

• The hearing on plaintiffs' motion in limine is set for 9:00 a.m. on Friday, September 16, 2011.

**IT IS SO ORDERED.**

Dated: September 2, 2011

SUSAN ILLSTON
United States District Judge