Dan L. Boho *(Pending Pro Hac Vice)*
dboho@hinshawlaw.com
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001

Angeli C. Aragon (SBN:176142)
aaragon@hinshawlaw.com
Amy K. Jensen (SBN: 226589)
ajensen@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: 310-909-8000
Facsimile: 310-909-8001

Attorneys for Defendants
SERVICEMASTER GLOBAL HOLDINGS, INC.,
THE SERVICEMASTER COMPANY, INC.,
THE TERMINIX INTERNATIONAL COMPANY, L.P., and
TERMINIX INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTURO VAZQUEZ, GIOVANE JESUS SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P., and TERMINIX INTERNATIONAL, INC., and DOES 1-20, inclusive,<br><br>Defendants. | **Case 09-5148-SI**<br><br>**The Honorable Susan Illston**<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS AND [PROPOSED] ORDER**<br><br>**RELATED CASES:**<br>**NO. 08-3894**<br>**NO. 09-4044**<br>**NO. 09-5150**<br>**NO. 09-5152**<br>**NO. 09-5154**<br>**NO. 09-5153**<br>**NO. 10-628**<br>**NO. 10-3887** |

1  PLEASE TAKE NOTICE that Defendants ServiceMaster Global Holdings,
2  Inc., The ServiceMaster Company, Inc., The Terminix International Company, L.P.,
3  and Terminix International, Inc. (collectively "Defendants") have retained Hinshaw &
4  Culbertson LLP to substitute as counsel for Winston & Strawn LLP in the above-
5  captioned case.  ***Plaintiffs' counsel has stated that they do not object to the***
6  ***substitution and substitution of counsel will not result in any delay of this action.***
7  Withdrawing counsel for Defendants are:

   Joan B. Tucker Fife (SBN: 144572)
   WINSTON & STRAWN LLP
   101 California Street
   San Francisco, CA  94111-5894
   Telephone:  415-591-1000
   Facsimile:  415-591-1400
   Email:         jfife@winston.com

   Mari Overbeck (SBN: 261707)
   WINSTON & STRAWN LLP
   101 California Street
   San Francisco, CA  94111-5894
   Telephone:  415-591-1000
   Facsimile:  415-591-1400
   Email:         moverbeck@winston.com

   Amanda C. Sommerfeld (SBN: 185052)
   WINSTON & STRAWN LLP
   333 South Grand Avenue, 38th Floor
   Los Angeles, CA 90071-1543
   Telephone:  213-615-1700
   Facsimile:  213-615-1750
   Email:         asommerfeld@winston.com

   Monique Ngo-Bonnici (SBN: 241315)
   WINSTON & STRAWN LLP
   333 South Grand Avenue, 38th Floor
   Los Angeles, CA 90071-1543
   Telephone:  213-615-1700
   Facsimile:  213-615-1750
   Email:         mbonnici@winston.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendants:

| | |
|---|---|
| 1 | Amy K. Jensen (SBN: 226589) |
| 2 | HINSHAW & CULBERTSON LLP |
|   | 11601 Wilshire Blvd., Suite 800 |
|   | Los Angeles, CA 90025 |

Amy K. Jensen (SBN: 226589)
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: 310-909-8015
Facsimile: 310-909-8001

Angeli C. Aragon (SBN: 176142)
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: 310-909-8015
Facsimile: 310-909-8001

Dan L. Boho
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: 312-704-3453

The undersigned parties consent to the above withdrawal and substitution of counsel.

Date: September 21, 2011        SERVICEMASTER GLOBAL HOLDINGS, INC., THE SERVICEMASTER COMPANY, INC., THE TERMINIX INTERNATIONAL COMPANY, L.P., AND TERMINIX INTERNATIONAL, INC.

By: /s/ Greer McMullen
    Greer McMullen
    General Counsel

Date: September 21, 2011        WINSTON & STRAWN LLP

By: /s/ Joan B. Tucker Fife
    Joan B. Tucker Fife

Date: September 21, 2011        HINSHAW & CULBERTSON, LLP

By: /s/ Amy Jensen
    Amy Jensen

1 | I hereby attest that I obtained concurrence in the filing of this document from
2 | each of the signatories on this e-filed document.

Date:  September 21, 2011          HINSHAW & CULBERTSON, LLP

By:   /s/ Amy Jensen
       Amy Jensen

### [PROPOSED] ORDER

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: 9/21/11

The Hon. Susan Illston
U.S. District Court Judge