1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   RUBEN PABLO, BONNIE COURSEY, and          No. C 08-03894 SI
    JOHN BAHR,
9                                             **ORDER RE: JURY INSTRUCTIONS**
                   Plaintiffs,                **(CLASSIFICATION INSTRUCTION)**
10
11      v.

12  SERVICEMASTER GLOBAL HOLDINGS,
    INC., et al.,
13
                   Defendants.
14                                                    /

15

16      In accordance with the agreement of the parties during a post-trial conference today, the

17  Classification Instructions to be given will read as follows:

18

19                 **STRUCTURAL PEST CONTROL FIELD REPRESENTATIVES**

20          Plaintiffs were licensed as "Structural pest control field representatives."  As
    such they were licensed to (1) secure structural pest control work, (2) identify
21  infestations or infections, (3) make inspections, (4) apply pesticides, and (5) submit bids
    for or otherwise contract on behalf of a registered company.
22

23                       **CLASSIFICATION OF WORK ACTIVITIES**

24          To determine whether an employee was an outside sales person, you must
    identify the types of activities that employee customarily and regularly performed during
25  his or her work day and then determine whether each such activity was an outside sales
    activity, or not.  You must then determine the  approximate average time you find the
26  employee spent on each of these activities.

27          To determine whether an activity is an outside sales activity, you should consider
    each activity separately and determine whether a person who performed only that
28  activity would be considered a  salesperson.  Related activity – such as preparation or

paperwork – should be classified according to whether the underlying primary activity was an outside sales activity or not.

For a work activity to count as time spent performing outside sales activities, the activity must occur away from the employer's place of business.

If an employee travels to a destination to engage in both sales and non-sales activities, the travel time must be apportioned between the two types of activities for purposes of determining the total amount of time spent doing sales and non-sales work.

**IT IS SO ORDERED.**

Dated: October 24, 2011

_____
SUSAN ILLSTON
United States District Judge:

2