UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUBEN PABLO and BONNIE COURSEY, On Behalf Of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICEMASTER GLOBAL HOLDINGS, INC., THE SERVICEMASTER COMPANY, INC., THE TERMINIX INTERNATIONAL COMPANY, L.P., and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:08-cv-03894-SI<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME**<br><br>Hon. Susan Illston |
| JOHN T. BAHR et al.,<br><br>Plaintiff,<br><br>vs.<br><br>SERVICEMASTER GLOBAL HOLDINGS, INC, et al.,<br><br>Defendants. | **Case No. 3:10-cv-00628-SI** |

The Court hereby grants the parties' stipulated request for order changing time and adjusts the post-jury trial briefing schedule as follows:

Motions due January 9, 2012

Oppositions due January 23, 2012

Replies due January 30, 2012

Hearing 9:00 a.m. on February 13, 2012

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:      12/12/2011



THE HONORABLE SUSAN ILLSTON
Judge Susan Illston