UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUBEN PABLO and BONNIE COURSEY, On Behalf Of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P., and TERMINIX INTERNATIONAL, INC., and DOES 1-20, inclusive,<br><br>Defendants. | CASE NUMBER 3:08-cv-03894-SI<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE POST TRIAL MOTIONS |

The Court, having considered the papers on file herein and GOOD CAUSE APPEARING THEREFOR

IT IS HEREBY ORDERED that the parties stipulation to extend time to and including January 30, 2012 for filing post trial motions is hereby GRANTED.

IT IS SO ORDERED.

DATED: 1/18/12

*[Signature: Susan Illston]*

THE HONORABLE SUSAN ILLSTON