1 | Dan L. Boho (Pro Hac Vice)
dboho@hinshawlaw.com
2 | HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Suite 300
3 | Chicago, IL 60601
Telephone:  312-704-3000
4 | Facsimile:   312-704-3001

5 | Amy K. Jensen (SBN: 226589)
ajensen@hinshawlaw.com
6 | HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
7 | Los Angeles, CA 90025
Telephone:  310-909-8000
8 | Facsimile:   310-909-8001
*Attorneys for Defendants*
9 | SERVICEMASTER GLOBAL HOLDINGS, INC.,
THE SERVICEMASTER COMPANY, INC.,
10 | THE TERMINIX INTERNATIONAL COMPANY, L.P., and
TERMINIX INTERNATIONAL, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN PABLO, on Behalf of Himself and All Other Similarly Situated, | CASE NO.: C 08-03894 SI |
| Plaintiff, | **JOINT STIPULATION TO SET HEARING DATE FOR POST-TRIAL MOTIONS AND EXTEND TIME TO FILE RESPONSES AND REPLIES TO ALL POST-TRIAL MOTIONS AND [PROPOSED] ORDER** |
| vs. | |
| SERVICEMASTER GLOBAL HOLDINGS, INC., et al., | |
| Defendants. | |
| JOHN T. BAHR, et al., | |
| Plaintiff, | CASE NO.: 10-CV-00628 SI |
| vs. | |
| SERVICEMASTER GLOBAL HOLDINGS, INC., et al., | |
| Defendants. | |

1

**ORDER TO EXTEND TIME TO FILE RESPONSES AND REPLIES**

Plaintiffs and Defendants, through their respective attorneys of record, hereby stipulate to extend time for filing their respective responses and replies to recently filed post-trial motions. The time to file all responses to post-trial motions will be extended to and including March 21, 2012. The time to file all replies to those responses will be extended to and including April 4, 2012.

It is further stipulated that all post-trial motions will be heard on Friday, April 20, 2012 at 9:00am.

DATED:  March 2, 2012

                    HINSHAW & CULBERTSON LLP


                    By:/s/ Dan Boho_____
                        Attorneys for Defendants


                    HERSH & HERSH
                    A Professional Corporation


                    By: /s/ Matthew Carlson
                        Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RUBEN PABLO, on Behalf of Himself and All Other Similarly Situated, | CASE NO.: C 08-03894 SI |
| Plaintiff, | **[PROPOSED] ORDER SETTING HEARING DATE FOR POST-TRIAL MOTIONS AND GRANTING EXTENSION OF TIME TO FILE RESPONSES AND REPLIES TO POST-TRIAL MOTIONS.** |
| vs. | |
| SERVICEMASTER GLOBAL HOLDINGS, INC., et al., | |
| Defendants. | |
| JOHN T. BAHR, et al., | CASE NO.: 10-CV-00628 SI |
| Plaintiff, | |
| vs. | |
| SERVICEMASTER GLOBAL HOLDINGS, INC., et al., | |
| Defendants. | |

The Court, having considered the papers on file herein and GOOD CAUSE APPEARING THEREFORE

IT IS HEREBY ORDERED that the parties' stipulation extending time to and including March 21, 2012 for filing responses to all post-trial motions and to and including April 4, 2012 for filing replies to those responses is hereby GRANTED.

Any previous hearing date concerning post-trial motions is hereby stricken and a hearing on all post-trial motions is scheduled for April 20, 2012 at 9:00am.

IT IS SO ORDERED.


DATED: _____        _____

THE HONORABLE SUSAN ILLSTON

1

**ORDER TO EXTEND TIME TO FILE RESPONSES AND REPLIES**