1 | Dan L. Boho (Pro Hac Vice)
dboho@hinshawlaw.com
2 | HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Suite 300
3 | Chicago, IL 60601
Telephone:  312-704-3000
4 | Facsimile:  312-704-3001

5 | Amy K. Jensen (SBN: 226589)
ajensen@hinshawlaw.com
6 | HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
7 | Los Angeles, CA 90025
Telephone:  310-909-8000
8 | Facsimile:  310-909-8001
*Attorneys for Defendants*
9 | SERVICEMASTER GLOBAL HOLDINGS, INC.,
THE SERVICEMASTER COMPANY, INC.,
10 | THE TERMINIX INTERNATIONAL COMPANY, L.P., and
TERMINIX INTERNATIONAL, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN PABLO, on Behalf of Himself and All Other Similarly Situated, | CASE NO.: C 08-03894 SI |
| Plaintiff, | **JOINT STIPULATION TO RESET HEARING DATE FOR POST-TRIAL MOTIONS AND EXTEND TIME TO FILE RESPONSES AND REPLIES TO ALL POST-TRIAL MOTIONS AND [PROPOSED] ORDER** |
| vs. | |
| SERVICEMASTER GLOBAL HOLDINGS, INC., et al., | |
| Defendants. | |
| JOHN T. BAHR, et al., | |
| Plaintiff, | CASE NO.:  10-CV-00628 SI |
| vs. | |
| SERVICEMASTER GLOBAL HOLDINGS, INC., et al., | |
| Defendants. | |

1
**ORDER TO EXTEND TIME TO FILE RESPONSES AND REPLIES**
130305770v1 0927620

Plaintiffs and Defendants, through their respective attorneys of record, hereby stipulate to extend time for filing their respective responses and replies to recently filed post-trial motions. The time to file all responses to post-trial motions will be extended to and including April 10, 2012. The time to file all replies to those responses will be extended to and including April 24, 2012.

It is further stipulated that all post-trial motions will be heard on Friday, May 04, 2012 at 9:00am.

DATED:  March 15, 2012

                    HINSHAW & CULBERTSON LLP

                    By:/s/ Dan Boho_____
                        Attorneys for Defendants

                    HERSH & HERSH
                    A Professional Corporation

                    By: /s/ Charles Kelly
                        Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RUBEN PABLO, on Behalf of Himself and All Other Similarly Situated,<br><br>　　Plaintiff,<br><br>vs.<br><br>SERVICEMASTER GLOBAL HOLDINGS, INC., et al.,<br><br>　　Defendants. | CASE NO.: C 08-03894 SI<br><br>**[PROPOSED] ORDER RESETTING HEARING DATE FOR POST-TRIAL MOTIONS AND GRANTING EXTENSION OF TIME TO FILE RESPONSES AND REPLIES TO POST-TRIAL MOTIONS.** |
| JOHN T. BAHR, et al.,<br><br>　　Plaintiff,<br><br>vs.<br><br>SERVICEMASTER GLOBAL HOLDINGS, INC., et al.,<br><br>　　Defendants. | CASE NO.:  10-CV-00628 SI |

The Court, having considered the papers on file herein and GOOD CAUSE APPEARING THEREFORE

IT IS HEREBY ORDERED that the parties' stipulation extending time to file responses and replies to post-trial motions is hereby GRANTED.  All responses to post-trial motions are now due on or before April 10, 2012. All replies to those responses are now due on or before April 24, 2012.

Any previously scheduled hearing date concerning post-trial motions is hereby stricken. A hearing on all post-trial motions is now scheduled for May 4, 2012 at 9:00am.

IT IS SO ORDERED.

DATED: ____3/20/12_____　　　　　_____

　　　　　　　　　　　　　　　　　　　THE HONORABLE SUSAN ILLSTON