Nancy Hersh, Esq., State Bar No. 49091
Mark E. Burton, Jr., Esq., State Bar No. 178400
Matthew D. Carlson, Esq., State Bar No. 273242
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

Lauren Hallinan, Esq., State Bar No. 60646
Of Counsel
Hallinan & Wine
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 575-9930
*Attorneys for Plaintiffs*

Dan L. Boho (Pro Hac Vice)
dboho@hinshawlaw.com
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001

Amy K. Jensen (SBN: 226589)
ajensen@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: 310-909-8000
Facsimile: 310-909-8001
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN PABLO, et. al., | ) CASE NO.: 08-cv-03894-SI |
| | ) |
| Plaintiffs, | ) **STIPULATION OF DISMISSAL WITH** |
| | ) **PREJUDICE; [PROPOSED] ORDER** |
| vs. | ) **DISMISSING CASE WITH PREJUDICE.** |
| | ) |
| SERVICEMASTER GLOBAL | ) |
| HOLDINGS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE.

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned matter be dismissed with prejudice, with all costs and fees having been resolved pursuant to an agreement between the parties.

Respectfully submitted,

DATED: April 4, 2012

/s/Nancy Hersh
Nancy Hersh
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

*Attorneys for Plaintiffs*

DATED: April 4, 2012

/s/ Lauren Hallinan
Lauren Hallinan
HALLINAN & WINE
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 575-9930

*Attorneys for Plaintiffs*

DATED: April 4, 2012

/s/Dan L. Boho
Dan L. Boho
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001

*Attorneys for Defendants*

2

1   Nancy Hersh, Esq., State Bar No. 49091
    Mark E. Burton, Jr., Esq., State Bar No. 178400
2   Matthew D. Carlson, Esq., State Bar No. 273242
    HERSH & HERSH
3   A Professional Corporation
    601 Van Ness Avenue, Suite 2080
4   San Francisco, CA 94102-6396
    Telephone: (415) 441-5544
5   Facsimile: (415) 441-7586

6   Lauren Hallinan, Esq., State Bar No. 60646
    Of Counsel
7   Hallinan & Wine
    Law Chambers Building
8   345 Franklin Street
    San Francisco, CA 94102
9   Telephone: (415) 621-2400
    Facsimile: (415) 575-9930
10  *Attorneys for Plaintiffs*

11  Dan L. Boho (Pro Hac Vice)
    dboho@hinshawlaw.com
12  HINSHAW & CULBERTSON LLP
    222 N. LaSalle St., Suite 300
13  Chicago, IL 60601
    Telephone:  312-704-3000
14  Facsimile:   312-704-3001

15  Amy K. Jensen (SBN: 226589)
    ajensen@hinshawlaw.com
16  HINSHAW & CULBERTSON LLP
    11601 Wilshire Blvd., Suite 800
17  Los Angeles, CA 90025
    Telephone:  310-909-8000
18  Facsimile:   310-909-8001
    *Attorneys for Defendants*

19                    **UNITED STATES DISTRICT COURT**

20                  **NORTHERN DISTRICT OF CALIFORNIA**

21

22  RUBEN PABLO, et. al.,                )
                                         )   CASE NO.: 08-cv-03894-SI
23          Plaintiffs,                  )
                                         )   **[PROPOSED] ORDER DISMISSING**
24  vs.                                  )   **CASE WITH PREJUDICE.**
                                         )
25  SERVICEMASTER GLOBAL                 )
26  HOLDINGS, INC., et al.,              )
                                         )
27          Defendants.                  )

28

                                    3

                                                        130319375v1 0927620

1

**ORDER DISMISSING CASE WITH PREJUDICE.**

2      The parties have jointly submitted a Stipulation of Dismissal With Prejudice to the Court.

3      Accordingly, case number 08-cv-03894-SI, styled *Pablo, et. al. v. ServiceMaster, et. al.,*

4

5    is hereby dismissed with prejudice, with all costs and fees having been resolved pursuant to an

6    agreement between the parties.

7      IT IS SO ORDERED.

8

9      Dated this ___ day of April, 2012.

10

11

12                                    _____

13                                    The Honorable Susan Illston

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4