Nancy Hersh, Esq., State Bar No. 49091
Mark E. Burton, Jr., Esq., State Bar No. 178400
Matthew D. Carlson, Esq., State Bar No. 273242
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

Lauren Hallinan, Esq., State Bar No. 60646
Of Counsel
Hallinan & Wine
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 575-9930
*Attorneys for Plaintiffs*

Dan L. Boho (Pro Hac Vice)
dboho@hinshawlaw.com
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
Telephone:  312-704-3000
Facsimile:   312-704-3001

Amy K. Jensen (SBN: 226589)
ajensen@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone:  310-909-8000
Facsimile:   310-909-8001
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN PABLO, et. al., | CASE NO.: 08-cv-03894-SI |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE.** |
| vs. | |
| SERVICEMASTER GLOBAL HOLDINGS, INC., et al., | |
| Defendants. | |

130319375v1 0927620

## STIPULATION OF DISMISSAL WITH PREJUDICE.

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned matter be dismissed with prejudice, with all costs and fees having been resolved pursuant to an agreement between the parties.

Respectfully submitted,

DATED: April 4, 2012

/s/Nancy Hersh
Nancy Hersh
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

*Attorneys for Plaintiffs*

DATED: April 4, 2012

/s/ Lauren Hallinan
Lauren Hallinan
HALLINAN & WINE
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 575-9930

*Attorneys for Plaintiffs*

DATED: April 4, 2012

/s/Dan L. Boho
Dan L. Boho
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001

*Attorneys for Defendants*

| | |
|---|---|
| 1 | Nancy Hersh, Esq., State Bar No. 49091 |
| | Mark E. Burton, Jr., Esq., State Bar No. 178400 |
| 2 | Matthew D. Carlson, Esq., State Bar No. 273242 |
| | HERSH & HERSH |
| 3 | A Professional Corporation |
| | 601 Van Ness Avenue, Suite 2080 |
| 4 | San Francisco, CA 94102-6396 |
| | Telephone: (415) 441-5544 |
| 5 | Facsimile: (415) 441-7586 |
| 6 | Lauren Hallinan, Esq., State Bar No. 60646 |
| | Of Counsel |
| 7 | Hallinan & Wine |
| | Law Chambers Building |
| 8 | 345 Franklin Street |
| | San Francisco, CA 94102 |
| 9 | Telephone: (415) 621-2400 |
| | Facsimile: (415) 575-9930 |
| 10 | *Attorneys for Plaintiffs* |
| 11 | Dan L. Boho (Pro Hac Vice) |
| | dboho@hinshawlaw.com |
| 12 | HINSHAW & CULBERTSON LLP |
| | 222 N. LaSalle St., Suite 300 |
| 13 | Chicago, IL 60601 |
| | Telephone: 312-704-3000 |
| 14 | Facsimile: 312-704-3001 |
| 15 | Amy K. Jensen (SBN: 226589) |
| | ajensen@hinshawlaw.com |
| 16 | HINSHAW & CULBERTSON LLP |
| | 11601 Wilshire Blvd., Suite 800 |
| 17 | Los Angeles, CA 90025 |
| | Telephone: 310-909-8000 |
| 18 | Facsimile: 310-909-8001 |
| | *Attorneys for Defendants* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUBEN PABLO, et. al., | ) | |
| | ) | CASE NO.: 08-cv-03894-SI |
| Plaintiffs, | ) | |
| | ) | **[PROPOSED] ORDER DISMISSING** |
| vs. | ) | **CASE WITH PREJUDICE.** |
| | ) | |
| SERVICEMASTER GLOBAL | ) | |
| HOLDINGS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

130319375v1 0927620

**ORDER DISMISSING CASE WITH PREJUDICE.**

The parties have jointly submitted a Stipulation of Dismissal With Prejudice to the Court. Accordingly, case number 08-cv-03894-SI, styled *Pablo, et. al. v. ServiceMaster, et. al.*, is hereby dismissed with prejudice, with all costs and fees having been resolved pursuant to an agreement between the parties.

IT IS SO ORDERED.

Dated this 11th day of April, 2012.



The Honorable Susan Illston

130319375v1  0927620