FILED

APR 12 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RUBEN PABLO, on behalf of himself and all others similarly situated; et al.,<br><br>      Plaintiffs - Appellees,<br><br> v.<br><br>SERVICE MASTER GLOBAL HOLDINGS, INC.; et al.,<br><br>      Defendants - Appellants. | No. 11-17746<br><br>D.C. No. 3:08-CV-03894-SI<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: C. Lewis Ross
Circuit Mediator

clr/mediation